U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2019 DEC 17 P 4:34
STEPHEN C. DRIES
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ZACHARY J. GLENN,

    Defendant.

19-CR-247

Case No. 19-CR
[18 U.S.C. §§ 922(g)(1), 924(a)(2)
& 924(c)(1)(A)(i); 21 U.S.C. §§
841(a)(1) & 841(b)(1)(D)]

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. On or about November 30, 2017, in the State and Eastern District of Wisconsin,

**ZACHARY J. GLENN,**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearm is more fully described as a Canik55, model TP-9SF, 9mm pistol, bearing serial number 17AT03500.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about November 30, 2017, in the State and Eastern District of Wisconsin,

**ZACHARY J. GLENN**

knowingly and intentionally possessed with intent to distribute a mixture and substance containing marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

On or about November 30, 2017, in the State and Eastern District of Wisconsin,

## ZACHARY J. GLENN

knowingly possessed a firearm in furtherance of the drug trafficking offense charged in Count Two of this Indictment, to wit: a Canik55, model TP-9SF, 9mm pistol, bearing serial number 17AT03500.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES THAT:

1.   On or about October 12, 2019, in the State and Eastern District of Wisconsin,

**ZACHARY J. GLENN,**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2.   The firearm is more fully described as a Ruger, model SR-9, 9mm pistol, bearing serial number 335-08610.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT FIVE

THE GRAND JURY FURTHER CHARGES THAT:

On or about October 12, 2019, in the State and Eastern District of Wisconsin,

**ZACHARY J. GLENN**

knowingly and intentionally possessed with intent to distribute a mixture and substance containing marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 12, 2019, in the State and Eastern District of Wisconsin,

**ZACHARY J. GLENN**

knowingly possessed a firearm in furtherance of the drug trafficking offense charged in Count Five of this Indictment, to wit: a Ruger, model SR-9, 9mm pistol, bearing serial number 335-08610.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE NOTICE

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth in Counts One and Four of this Indictment and/or the offense in violation of Title 18, United States Code, Section 924(c) set forth in Counts Three and Six of this Indictment, the defendant, Zachary J. Glenn, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition, involved in the offenses of conviction, including, but not limited to:

1. A Canik55, model TP-9SF, 9mm pistol, bearing serial number 17AT03500;
2. A Ruger, model SR-9, 9mm pistol, bearing serial number 335-08610.

A TRUE BILL:

FOREPERSON

Date: 12-17-19

_____
MATTHEW D. KRUEGER
United States Attorney

7